# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 15-18916-ELF

MICHAEL RAVERT

55 AILANTHUS LANE

LEVITTOWN, PA 19055

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MICHAEL RAVERT

55 AILANTHUS LANE

LEVITTOWN, PA 19055

Counsel for debtor(s), by electronic notice only.

STANTON M LACKS ESQ
3220 TILLMAN DRIVE
SUITE 114
BENSALEM, PA 19020

Date: 7/19/2016

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee