# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Michael Ravert**                                        Case No.  **15-18916**
                         Debtor(s)                               Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 11, 2016**, a copy of Motion to Convert to Chapter 7 was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

William C. Miller, Trustee

**/s/ Stanton M. Lacks**
**Stanton M. Lacks**
**Lacks & Associates**
**3220 Tillman Drive**
**Suite 114**
**Bensalem, PA 19020**
**215-245-8440Fax:215-245-8470**
**clackslaw@comcast.net**