## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MICHAEL RAVERT | : | |
| Debtor | : | Bky. No. 15-18916 ELF |

## O R D E R

**AND NOW,** the Debtor having filed a Motion to Convert Chapter 13 Case to Chapter 7 ("the Motion"),

**AND**, it being unnecessary to file a motion to convert a case from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a), see Fed. R. Bankr. P. 1017(f)(3),

It is hereby **ORDERED** that the Motion shall be treated as a Notice of Conversion.

**Date: August 15, 2016**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE