United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18916-elf
Michael Ravert                                                            Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett         Page 1 of 2         Date Rcvd: Aug 16, 2016
                            Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.
```
db         +Michael Ravert,   55 Ailanthus Lane,   Levittown, PA 19055-1205
13647024   +Bristol Township,   2501 Bath Road,   Bristol, PA 19007-2150
13647025    Capital One Bank,   By American InfoSource,   P.O. Box 71083,   Charlotte, NC 28272-1083
13656282    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13647027    Diversified Consultants,   Re: Sprint,   P.O. Box 551268,   Coon Rapids, MN
13647029   +EverBank,   301 W Bay Street,   Jacksonville, FL 32202-5180
13647030   +First Credit Service/Retro Fitness,   377 Hoes Lane, Suite 200,   Piscataway, NJ 08854-4155
13647032   +KML Law Group, P.C.,   BNY Independence Center - Suite 5000,   701 Market Street,
             Philadelphia, PA 19106-1538
13647031   +Keystone Collections Group,   P.O. Box 499,   Irwin, PA 15642-0499
13647034   +Medical Data Systems Inc,   2001 9th Ave, Ste 312,   Vero Beach, FL 32960-6413
13715890   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage LLC,    PO Box 630267,   Irving, TX 75063)
13647035   +Nationstar Mortgage,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
13704432    Navient Solutions Inc. on behalf of,   Department of Education Services,   P.O. Box 9635,
             Wilkes-Barre PA. 18773-9635
13647036    Navient-Dept Of Education Servicing,   P.O. Box 740351,   Atlanta, GA 30374-0351
13647039    Premier Urgent Care,   278 Eagleview Blvd,   Exton, PA 19341-1157
13647040   +Xerox State And Local,   P.O. Box 41819,   Philadelphia, PA 19101-1819
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Aug 17 2016 02:16:36    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2016 02:15:33
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2016 02:16:06    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13647026    E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 17 2016 02:16:59
             Credit Collection Service/Nationwide Ins,   P.O. Box 9134,   Needham Heights, MA 02494-9134
13647028   +E-mail/Text: bankruptcynotices@dcicollect.com Aug 17 2016 02:16:49    Diversified Consultants,
             Re: Sprint,   P.O. Box 551268,   Jacksoncille, FL 32255-1268
13647037   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2016 02:15:33    PA Department Of Revenue,
             Bankruptcy Division,   Dept 280904,   Harrisburg, PA 17128-0001
13647038   +E-mail/Text: apotter@philapark.org Aug 17 2016 02:16:58    Philadelphia Parking Authority,
             701 Market Street, Ste 5400,   Philadelphia, PA 19106-2895
                                                                                             TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13647033       l
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              STANTON M. LACKS    on behalf of Debtor Michael  Ravert blackslaw@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2            Date Rcvd: Aug 16, 2016
                              Form ID: pdf900            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
| **MICHAEL RAVERT** | : | |
| Debtor | : | Bky. No. 15-18916 ELF |

# O R D E R

    **AND NOW,** the Debtor having filed a Motion to Convert Chapter 13 Case to Chapter 7 ("the Motion"),

    **AND**, it being unnecessary to file a motion to convert a case from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a), see Fed. R. Bankr. P. 1017(f)(3),

    It is hereby **ORDERED** that the Motion shall be treated as a Notice of Conversion.

**Date: August 15, 2016**

                                       **ERIC L. FRANK**
                                       **CHIEF U.S. BANKRUPTCY JUDGE**