IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael Ravert     : CHAPTER 7
   Debtor        : NO. 15-18916

## **CERTIFICATE OF SERVICE**

The undersigned, as attorney for debtor, hereby certifies that on the date below he advised all of the creditors on the attached list, marked Exhibit "A", via U. S. regular mail and/or electronic filing, of the new date and time for the Creditors Meeting originally scheduled for September 13, 2016 at 10:00 am., has been re-scheduled for October 6, 2014, at 12:30 pm., at Middletown Municipal Center Public Hall, 3 Municipal Way, Langhorne, PA, 19047.

Date: 09/13/16        /s/Stanton M. Lacks
             Stanton M. Lacks, Esquire
             Attorney for Debtor
             Attorney I.D. No. 26774
             3220 Tillman Dr., Ste. 114
             Bensalem, PA  19020
             (215) 245-8440