# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Michael Ravert | | CHAPTER 7 |
| | Debtor | |
| Nationstar Mortgage LLC | | |
| | Movant | NO. 15-18916 ELF |
| vs. | | |
| Michael Ravert | | |
| | Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq. | | |
| | Trustee | |

## **ORDER**

AND NOW, this 19th day of October, 2016 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided 11 U.S.C. Section 362, is modified with respect to the subject premises located at 55 Ailanthus Lane, Bristol, PA 19055 ("Property), so as to allow Movant, its successors or assignees, to proceed with its in rem rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**