United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Ravert  
      Debtor

Case No. 15-18916-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Oct 19, 2016  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2016.  
db            +Michael Ravert,    55 Ailanthus Lane,    Levittown, PA 19055-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2016 at the address(es) listed below:  
         BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         STANTON M. LACKS    on behalf of Debtor Michael   Ravert blackslaw@comcast.net  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                               TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Michael Ravert<br>　　　　　Debtor | | CHAPTER 7 |
| Nationstar Mortgage LLC<br>　　　　　Movant<br>　vs. | | NO. 15-18916 ELF |
| Michael Ravert<br>　　　　　Debtor | | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　Trustee | | |

**ORDER**

AND NOW, this 19th day of October, 2016 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided 11 U.S.C. Section 362, is modified with respect to the subject premises located at 55 Ailanthus Lane, Bristol, PA 19055 ("Property), so as to allow Movant, its successors or assignees, to proceed with its in rem rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**CHIEF U.S. BANKRUPTCY JUDGE**